UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                         C.A. No. 1:2019cv11572PBS

THOMAS RAMOS,
  Plaintiff.

v.

THOMAS M. HODGSON, et al.
  Defendant.

## NOTICE OF ADDRESS CHANGE

TO THE CLERK OF THIS COURT:

Take notice that Plaintiff Thomas Ramos, is with a change of address as follows:

> THOMAS RAMOS, #M132103
> MASAC @ PLYMOUTH
> MYLES STANDISH STATE FOREST
> ONE BUMPS POND ROAD
> P.O. BOX 207
> SOUTH CARVER, MA. 02366

Respectfully Submitted,

Thomas Ramos
THOMAS RAMOS, #M132103
P.O. BOX 207
STH. CARVER, MA. 02366

DATED 12/18/2019